IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Rhonda Reed,                                    :

              Plaintiff          :       Civil Action 2:13-cv-00225

  v.                                            :       Judge Sargus

Cleveland Avenue, L.L.C.,                        :       Magistrate Judge Abel
dba Planet Jackpot III,
                                                 :
              Defendant

**ORDER**

Defendant Cleveland Avenue L.L.C.'s May 14, 2013 motion for leave to file its answer instanter (doc. 11) is GRANTED. The Clerk of Court is DIRECTED to file the answer attached to the motion.

Plaintiff Rhonda Reed's April 30, 2013 request for entry of default (doc. 9) and May 14, 2013 motion for default judgment (doc. 10) are DENIED.

s/Mark R. Abel
United States Magistrate Judge